THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PATRICK WILLIAMS, Appellant.

Submitted February 4, 2013; decided February 7, 2013

1024 

Motion for an extension of the time within which to apply for permission to appeal pursuant to CPL 460.20 granted and motion papers treated as a timely CPL 460.20 application.